# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CONNECTICUT, *et al.* ) | |
| ) | Case No. MDL 1290 |
| Plaintiffs, ) | |
| ) | Civ. No. 1:98-CV-3115 (TFH) |
| v. ) | |
| ) | Misc. No. 990276 (TFH/JMF) |
| MYLAN LABORATORIES, INC., ) | |
| CAMBREX CORP., ) | |
| PROFARMACO S.R.L., and ) | |
| GYMA LABORATORIES OF AMERICA, INC., ) | |
| and SST Corporation., ) | |
| ) | |
| Defendants. ) | |
| | |
| THE FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:98-CV-3114 (TFH) |
| ) | |
| MYLAN LABORATORIES, INC., ) | Misc. No. 990276 (TFH/JMF) |
| CAMBREX CORP., ) | |
| PROFARMACO S.R.L., ) | |
| GYMA LABORATORIES OF AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER – APPROVING PLAINTIFF STATES' FINAL REPORT**

WHEREAS Plaintiff States, the Federal Trade Commission ("FTC"), and Mylan Laboratories, Inc., Gyma Laboratories of America, Inc., Profarmaco S.r.l., and Cambrex Corporation ("Settling Defendants") entered into settlement of this litigation;

1

WHEREAS, on February 1, 2002, this Court entered a Final Judgment, granting final approval of the Settlement, the proposed consumer and *cy pres* distribution plans, the payment of attorneys' fees and costs, and certification of the consumer class;

WHEREAS, pursuant to Section V of the approved Consumer Distribution Plan, on May 28, 2002, this Court authorized the Plaintiff States, through the Settlement Administrator, to distribute the settlement proceeds to consumers filing valid claims as listed on the approved Monetary Distribution Report and then to distribute any remaining funds through the previously approved *cy pres* distribution plan;

WHEREAS, in January 2005, the Plaintiff States filed their Final Report for the Consumer Claims Distribution and Administration and requested an Order authorizing all the remaining parties in this MDL action to henceforth be relieved from serving the Plaintiff States with pleadings and notices.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Court accepts and hereby approves the January 2005, Plaintiff States' Final Report for the Consumer Claims and *cy pres* Distribution and Administration; and

2. The Court authorizes all the remaining parties in this MDL action to henceforth be relieved from the duty to serve the Plaintiff States with pleadings and notices.

SO ORDERED this _____ day of January 2005.

_____
Honorable Thomas F. Hogan
Chief Judge